IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BASHIR SHAMSUDDI | CIVIL ACTION |
|---|---|
| v. | NO. 19-3261 |
| CLASSIC STAFFING SERVICES | |

## ORDER

AND NOW, this 28th day of December, 2020, for the reasons stated in the foregoing Memorandum, Defendant's Motion for Summary Judgment is DENIED.

BY THE COURT:

s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 19\19-3261 SHAMSUDDI V CLASSIC STAFFING\19CV3261 ORDER 12282020.DOCX